IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

QUICK-MED TECHNOLOGIES INC,

    Plaintiff,

vs.                                                  Case No.:1:10-CV-195-SPM/GRJ

DSM NUTRITIONAL PRODUCTS LTD, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 6) and Federal Rule of Civil Procedure 41(a)(1), this action is hereby **dismissed without prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen this matter for good cause shown.

DONE and ORDERED this fourteenth day of January, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge